Kent B. Dolan (KBD-6573)
Lifflander & Reich LLP
Attorneys for Defendants
New Water Street Corporation and
55 Water Street Condominium
1221 Avenue of the Americas
New York, NY 10020-1089
212.332.8825

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

IN RE: WORLD TRADE CENTER LOWER 21 MC 102 (AKH) MANHATTAN DISASTER SITE LITIGATION    **21 MC 102 (AKH)**

-----------------------------------------------------------------------X

ALCIBAR YUMBLA (AND WIFE, ROSA ORTIZ),    **07 CV 1729 (AKH)**

                Plaintiff(s),

    - against -

55 WATER STREET COMDOMINIUM, *et. al.*,

                Defendants.

-----------------------------------------------------------------------X

### NOTICE OF NEW WATER STREET CORPORATION'S AND 55 WATER STREET CONDOMINIUM'S ADOPTION OF ANSWER TO MASTER COMPLAINT

PLEASE TAKE NOTICE THAT Defendants New Water Street Corporation and 55 Water Street Condominium (collectively, the "NWSC Defendants"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt the NWSC Defendants' Answer to Master Complaint, dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the NWSC Defendants demand judgment dismissing the above-captioned action as against each of them, together with their costs and disbursements.

Dated: New York, New York
       August 10, 2007

                              Lifflander & Reich LLP

                              _____
                              Kent B. Dolan (KBD-6573)
                              Attorneys for Defendants
                              New Water Street Corporation and
                              55 Water Street Condominium
                              1221 Avenue of the Americas
                              New York, New York 10020-1089
                              (212) 332.8820; 8825

TO:    Paul Napoli, Esq.
          Worby Groner Edelman & Napoli Bern LLP
          115 Broadway, 12th Floor
          New York, NY  10006

          *Via E-mail*

          James E. Tyrrell
          Joseph Hopkins
          PATTON BOGGS
          One Riverfront Plaza, 6th Floor
          Newark, NJ 07102

          Thomas Egan
          Flemming Zulack Williamson Zauderer LLP
          One Liberty Plaza
          New York, New York 10006