UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LOWER MANHATTAN DISASTER SITE LITIGATION

21 MC 102 (AKH)

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint[1] was made by me[2] | DATE 6/25/07 |
| NAME OF SERVER (PRINT) Adonias Smith | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _Shea Zephi_  4:31 PM

☐ Returned unexecuted: _____

☑ Other (specify): Pursuant to FRCP Rule 4 (h) by serving a copy of the Summons and Complaint with the Authorized Agent of Defendant(s) at

NEW WATER STREET CORP.
55 WATER ST
New York, NY 10041

For the following Defendant(s):

NEW WATER STREET CORP.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/25/07
Date

_Adonias Smith_
Signature of Server

115 BROADWAY NY, NY 10006
Address of Server

_Betsy Barranco_

BETSY BARRANCO
Notary Public, State of New York
No. 01BA6043158
Qualified in Richmond County
Commission Expires June 12, 2010

[1] See attached rider.
[2] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

*13*  *7389*  *54*  *50*

Case 1:07-cv-01729-AKH    Document 30    Filed 07/04/2008    Page 2 of 3



# Service Rider

**NEW WATER STREET CORP.**

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 10688 | Wladyslaw Iwanczyk (and Wife, Jadwiga Iwanczyk) | Not Available | 5/31/2007 |
| 10097 | Jose Loja | 06CV12219 | 5/24/2007 |
| 10908 | Fernando Lucero | Not Available | 5/31/2007 |
| 9582 | Trinidad Medrano (and Husband, Salvador L Medrano) | 07cv4493 | 6/5/2007 |
| 12042 | Rolando Pelaez (and Wife, Monica Villamarin) | 07cv4507 | 6/5/2007 |
| 7731 | Luis Pilico (and Wife, Ana Lucero pilico) | 07cv4508 | 6/5/2007 |
| 9561 | Galo Sarmiento | 07cv1529 | 5/24/2007 |
| 9428 | Cristobal Yamasqui (and Wife, Matilde Yamoasoui) | 07cv1548 | 5/24/2007 |
| 9514 | Alcibar Yumbla (and Wife, Rosa Ortiz) | 07cv1729 | 5/24/2007 |

9

**Tuesday, June 19, 2007**

NEW WATER STREET CORP.

Page 1 of 1

Group:  Out:  In: