Richard S. Mills, Esq. (RM-0206)
John P. Cookson, Esq. (JPC-9391)
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Wall Street Plaza
88 Pine Street, 24th Floor
New York, New York 10005
(212) 483-9490
*Attorneys for Defendant*
*Moody's Holdings, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| ALCIBAR YUMBLA (AND WIFE, ROSA ORTIZ)<br><br>Plaintiffs,<br><br>-against-<br><br>90 CHURCH STREET LIMITED PARTNERSHIP, ET. AL.,<br><br>Defendants. | INDEX NO.: 07-CV-01729 (AKH)<br><br>**NOTICE OF ADOPTION OF MOODY'S HOLDINGS, INC.'S ANSWER TO MASTER COMPLAINT**<br><br>**ELECTRONICALLY FILED** |

PLEASE TAKE NOTICE that Defendant, MOODY'S HOLDINGS, INC., by its attorneys, McElroy, Deutsch, Mulvaney & Carpenter, LLP, as and for its Response to the allegations set forth in the Amended Complaint by Adoption (Amended Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated August 2, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant, MOODY'S HOLDINGS, INC., demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       September 10, 2008

                                    Yours etc.,

                                    McElroy, Deutsch, Mulvaney & Carpenter, LLP
*Attorneys for Defendant*
*Moody's Holdings, Inc.*

By: s/ John P. Cookson
     Richard S. Mills (RM-0206)
     John P. Cookson (JPC-9391)
     Wall Street Plaza
     88 Pine Street, 24th Floor
     New York, New York 10005
     (212) 483.9490

TO: Worby Groner Edelman & Napoli Bern, LLP
     115 Broadway, 12th Floor
     New York, New York 10006
     (212) 267.3700

     Gregory J. Cannata, Esq.
     Robert A. Grochow, Esq.
     233 Broadway, 5th Floor
     New York, New York 10279
     (212) 553.9206

     James E. Tyrrell, Jr., Esq.
     Patton Boggs LLP
     One Riverfront Plaza
     Newark, New Jersey 07102
     (973) 848.5600

     Thomas A. Egan, Esq.
     Fleming Zulack Williamson Zauderer, LLP
     One Liberty Plaza
     New York, New York 10006-1404
     (212) 412.9500

## CERTIFICATION OF SERVICE

I hereby certify that on the 10th day of September 2008, I electronically filed the foregoing NOTICE OF ADOPTION OF ANSWER BY DEFENDANT MOODY'S HOLDINGS, INC., with the Clerk of the Court using the CM/ECF System which sends notification to appearing parties.

        McElroy, Deutsch, Mulvaney & Carpenter LLP

        By: s/ John P. Cookson
            Richard S. Mills (RM-0206)
            John P. Cookson (JPC-9391)
            *Attorneys for Defendant*
            *Moody's Holdings, Inc.*
            Wall Street Plaza
            88 Pine Street, 24th Floor
            New York, New York 10005
            (212) 483-9490